1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

9

10  | IN RE RYVYL INC. DERIVATIVE
11  | LITIGATION

Lead Case No. 3:23-cv-01165-GPC-SBC

12

ORDER APPOINTING LEAD COUNSEL

13  | This Document Relates to:

14  | ALL ACTIONS

[ECF No. 14]

15
16
17

THIS MATTER HAVING been presented to the Court by Plaintiffs Christy Hertel

18
19  and Marcus Gazaway ("Plaintiffs"), in the presence of all counsel of record, and the Court

20  having read their papers and heard argument of counsel and good cause appearing,

21        IT IS ORDERED as follows:

22              **APPOINTMENT OF CO-LEAD COUNSEL**

23        Robert C. Moest and Timothy Brown, both of The Brown Law Firm, P.C., are

24  appointed Co-Lead Counsel for plaintiffs in the above-captioned action (the

25  "Consolidated Action").

26        Co-Lead Counsel shall have sole authority to:

27        a.    determine and present (in briefs, oral argument, or such other fashion as
28              may be appropriate, personally or by a designee), to the Court and opposing
              parties, the position of the plaintiffs in the Consolidated Action on all

matters arising during pretrial proceedings;

b. coordinate the initiation and conduct of discovery on behalf of plaintiffs in the Consolidated Action, consistent with the requirements of the Federal Rules of Civil Procedure and Local Rules;

c. conduct settlement negotiations on behalf of plaintiffs in the Consolidated Action;

d. delegate specific tasks to other counsel in such a manner as to ensure that pre-trial preparation for plaintiffs in the Consolidated Action is conducted efficiently and effectively;

e. enter into stipulations and/or agreements with opposing counsel as necessary for the conduct of the litigation;

f. monitor the activities of all counsel to ensure that schedules are met and unnecessary expenditures of time and funds are avoided; and

g. perform such other duties as may be incidental to the proper coordination of the Consolidated Action plaintiffs' pre-trial activities or authorized by further order of the Court.

IT IS SO ORDERED.

Dated:  April 18, 2024

Hon. Gonzalo P. Curiel
United States District Judge