# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RYVYL INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Lead Case No. 3:23-cv-01165-GPC-SBC<br><br>[ECF No. 16] |

## ORDER STAYING ACTION

THIS MATTER HAVING been presented to the Court by plaintiffs Christy Hertel and Marcus Gazaway ("Plaintiffs"), defendants Ben Errez, Fredi Nisan, Benjamin Chung, Genevieve Baer, William Caragol, Ezra Laniado, and Dennis James ("Individual Defendants"), and nominal defendant RYVYL Inc. (together with the Individual Defendants, "Defendants") in the presence of all counsel of record and good cause appearing,

IT IS ORDERED as follows:

1. This Action shall be stayed until after the final resolution of any motion to dismiss in the securities class action also pending before this Court, captioned *Cullen v.*

*Ryvyl Inc. et al*, Case No. 3:23-cv-00185-GPC-SBC (the "Securities Class Action").

2. Plaintiffs have the option to terminate the Stay in this Action if a stay in a related derivative action, if any, is not stayed for a similar or longer duration by giving notice to counsel for Defendants via email and filing the same with the Court.

3. During the stay, Plaintiffs may amend their complaint, but Defendants shall not be required to respond to any current complaint or future amended complaint during the pendency of the stay.

4. Any conferences currently scheduled shall be postponed until after the stay of proceedings is lifted.

5. Though there is not a pending motion to dismiss in *Cullen v. Ryvyl Inc. et al*, Case No. 3:23-cv-00185-GPC-SBC, the parties requested and the Court granted a particular briefing schedule on a motion to dismiss the second amended complaint. The instant Parties shall meet and confer and submit a proposed scheduling order within 30 days of the date of the Court's order resolving the putative motion to dismiss in *Cullen v. Ryvyl Inc. et al*, Case No. 3:23-cv-00185-GPC-SBC. If defendants in *Cullen v. Ryvyl Inc. et al*, Case No. 3:23-cv-00185-GPC-SBC have not filed a motion to dismiss within four months of date of this order, the Parties in the instant case shall file a status report on the continued need for a stay.

IT IS SO ORDERED.

Dated: May 6, 2024

Hon. Gonzalo P. Curiel
United States District Judge