Sean T. Prosser (SBN 163903)
Email: stprosser@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
3580 Carmel Mountain Road Suite 300
San Diego, CA 92130
Telephone:  (858) 314-1500
Facsimile:   (858) 314-1501

*Attorneys for Defendants Ben Errez, Fredi Nisan, Benjamin Chung, Genevieve Baer, William Caragol, Ezra Laniado, and Dennis James, and Nominal Defendant RYVYL, Inc.*

Robert C. Moest, Of Counsel, SBN 62166
Email: RMoest@aol.com
THE BROWN LAW FIRM, P.C.
2530 Wilshire Boulevard, Second Floor
Santa Monica, California 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897

*Co-Lead Counsel for Plaintiffs Christy Hertel and Marcus Gazaway*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE RYVYL INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Lead Case No. 3:23-cv-01165-GPC-SBC<br><br>**NOTICE OF JOINT MOTION AND JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND PROVIDING FOR NOTICE**<br><br>Judge:       Hon. Gonzalo P. Curiel |

Plaintiffs Christy Hertel and Marcus Gazaway ("Plaintiffs"), Defendants Ben Errez, Fredi Nisan, Benjamin Chung, Genevieve Baer, William Caragol, Ezra Laniado and Dennis James (collectively, the "Individual Defendants"), and Nominal Defendant RYVYL Inc. ("RYVYL" or the "Company" and, with Individual Defendants, "Defendants" and, with Plaintiffs, the "Parties"), will, and hereby do, jointly move the Court for the entry of the Preliminary Approval Order attached as Exhibit B to the Parties' Stipulation and Agreement of Settlement dated September 30, 2025 (the "Stipulation" or "Stip."),[1] which, *inter alia*: (i) grants preliminary approval of the proposed Settlement; (ii) grants approval of the form and manner of giving notice of the proposed Settlement; and (iii) sets a date for a final Settlement Hearing and deadlines for providing notice of the Settlement, the filing of objections, and the filing of the motion for final approval of the Settlement.

This joint motion is based upon the accompanying Memorandum of Points and Authorities, the Declaration of Sean T. Prosser and exhibit thereto, as well as all the pleadings and papers on file in this matter.

For the Court's convenience, the proposed Preliminary Approval Order, which is attached as Exhibit B to the Stipulation, is also submitted herewith. The Parties respectfully request that the Court enter the proposed Preliminary Approval Order, insert a date for the final Settlement Hearing in paragraph 3, and enter the deadline for any objections in paragraph 11 (the objections deadline should be 21 days before the date of the Settlement Hearing).

---

[1] Unless noted otherwise, all capitalized terms used herein shall have the same meaning as set forth in the Stipulation, which is attached as Exhibit 1 to the accompanying Declaration of Sean T. Prosser and was previously submitted to the Court, together with its exhibits, on September 30, 2025. *See* ECF No. 18.

Respectfully submitted,

Dated: October 7, 2025          MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.

By: */s/ Sean T. Prosser*
Sean T. Prosser

3580 Carmel Mountain Road Suite 300
San Diego, CA 92130
Telephone: (858) 314-1500
Facsimile: (858) 314-1501
Email: stprosser@mintz.com

*Attorneys for Defendants*
*Ben Erraz, Fredi Nisan, Benjamin Chung, Genevieve Baer, William Caragol, Ezra Laniado, and Dennis James, and Nominal Defendant RYVYL Inc.*

Dated: October 7, 2025          THE BROWN LAW FIRM, P.C.

By: */s/ Robert C. Moest*
Robert C. Moest

2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Email: RMoest@aol.com

Timothy Brown (*pro hac vice*)
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Email: tbrown@thebrownlawfirm.net

*Co-Lead Counsel for Plaintiffs Christy Hertel and Marcus Gazaway*