Sean T. Prosser (SBN 163903)
Email: stprosser@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
3580 Carmel Mountain Road Suite 300
San Diego, CA 92130
Telephone: (858) 314-1500
Facsimile: (858) 314-1501

*Attorneys for Defendants Ben Errez, Fredi Nisan, Benjamin Chung, Genevieve Baer, William Caragol, Ezra Laniado, and Dennis James, and Nominal Defendant RYVYL, Inc.*

Robert C. Moest, Of Counsel, SBN 62166
Email: RMoest@aol.com
THE BROWN LAW FIRM, P.C.
2530 Wilshire Boulevard, Second Floor
Santa Monica, California 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897

*Co-Lead Counsel for Plaintiffs Christy Hertel and Marcus Gazaway*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| IN RE RYVYL INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Lead Case No. 3:23-cv-01165-GPC-SBC<br><br>**NOTICE OF JOINT MOTION AND JOINT MOTION FOR ENTRY OF ORDER APPROVING SETTLEMENT AND FINAL JUDGMENT**<br><br>Hearing Date: January 9, 2026<br>Hearing Time: 1:30 p.m.<br>Courtroom: 12A<br><br>Judge: Hon. Gonzalo P. Curiel |
|---|---|

Plaintiffs Christy Hertel and Marcus Gazaway ("Plaintiffs"), Defendants Ben Errez, Fredi Nisan, Benjamin Chung, Genevieve Baer, William Caragol, Ezra Laniado and Dennis James (collectively, the "Individual Defendants"), and Nominal Defendant RYVYL Inc. ("RYVYL" or the "Company" and, with Individual Defendants, "Defendants" and, with Plaintiffs, the "Parties"), will, and hereby do, jointly move the Court for the entry of the Order and Final Judgment, a form of which is attached as Exhibit D to the Parties' Stipulation and Agreement of Settlement dated September 30, 2025 (the "Stipulation" or "Stip."),[1] which, *inter alia*: (i) grants final approval of the proposed Settlement; (ii) awards Plaintiffs' Counsel's attorneys' fees and expenses; and (iii) finds that the issuance of the Settlement Shares is fair and reasonable, and therefore finds that the Settlement Shares may be issued by RYVYL pursuant to the exemption(s) provided in Section 3(a)(10) of the Securities Act of 1933.

This joint motion is based upon the two accompanying Memoranda of Points and Authorities, the Declarations of Sean T. Prosser and Timothy Brown (and exhibits thereto), as well as all the pleadings and papers on file in this matter.

For the Court's convenience, the proposed Order and Final Judgment is also submitted herewith.

Respectfully submitted,

Dated: December 12, 2025

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.

By: */s/ Sean T. Prosser*
Sean T. Prosser

3580 Carmel Mountain Road Suite 300

---

[1] Unless noted otherwise, all capitalized terms used herein shall have the same meaning as set forth in the Stipulation, which is attached as Exhibit 1 to the accompanying Declaration of Sean T. Prosser and was previously submitted to the Court, together with its exhibits, on September 30, 2025. *See* ECF No. 18.

|   |   |   |
|---|---|---|
| 1 |  | San Diego, CA 92130 |
| 2 |  | Telephone: (858) 314-1500 |
|   |  | Facsimile: (858) 314-1501 |
| 3 |  | Email: stprosser@mintz.com |

*Attorneys for Defendants*
*Ben Erraz, Fredi Nisan, Benjamin Chung, Genevieve Baer, William Caragol, Ezra Laniado, and Dennis James, and Nominal Defendant RYVYL Inc.*

Dated: December 12, 2025          THE BROWN LAW FIRM, P.C.

                    */s/ Robert C. Moest*
              By:   Robert C. Moest

                    2530 Wilshire Boulevard, Second Floor
                    Santa Monica, CA 90403
                    Telephone: (310) 915-6628
                    Email: RMoest@aol.com

                    Timothy Brown (*pro hac vice*)
                    767 Third Avenue, Suite 2501
                    New York, NY 10017
                    Telephone: (516) 922-5427
                    Email: tbrown@thebrownlawfirm.net

                    *Co-Lead Counsel for Plaintiffs Christy Hertel and Marcus Gazaway*

600738022v.2

NOTICE OF AND JOINT MOTION FOR ORDER APPROVING SETTLEMENT AND FINAL JUDGMENT APPROVING SETTLEMENT